UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:16 CR 109-02 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ELIE J. FARAJ, | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing of Elie J. Faraj, which was referred to the Magistrate Judge with the consent of the parties.

On April 6, 2016, the Government filed a eighteen-count Indictment, charging Defendant, Elie J. Faraj, with False Statements to a Federally Licensed Firearms Dealer, in violation of Title 18 United States Code, Section 922(a)(6), 924(a)(2) and 2; Felon in Possession of Firearms in violation of Title 18 United States Code, Section 922(g)(1) and 924(a)(2). Defendant Faraj was arraigned on April 28, 2016, and entered a plea of not guilty to Counts 1- 5, 6, 7-10, 11, 12-14, 15, 16, 17-18, before Magistrate Judge George J. Limbert. On June 8, 2016, Magistrate Judge Nancy A. Vecchiarelli received Defendant Faraj's plea of guilty to Counts 1-5, 6, 7-10, 11, 12-14, 15, 16, and 17-18, of the Indictment and issued a Report and Recommendation ("R&R") concerning

whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On *de novo* review of the record, the Magistrate Judge's R&R is hereby adopted. Defendant Elie J. Faraj is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is hereby approved.

Therefore, Defendant Faraj is adjudged guilty of Counts 1-5, 6, 7-10, 11, 12-14, 15, 16, and 17-18, of the Indictment, in violation of Title 18 United States Code, Section 922(a)(6), 924(a)(2) and 2, and Title 18 United States Code Section 922(g)(1) and 924(a)(2). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation report. Sentencing will be held on August 30, 2016, at 10:00 a.m. in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

June 29, 2016