UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:16 CR 109 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ELIE J. FARAJ, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On November 26, 2019, the above-captioned case was referred to Magistrate Judge George J. Limbert to conduct the appropriate proceedings, and to prepare a Report and Recommendation regarding the violation report submitted to the court.

On that same date, the Defendant, represented by Assistant Federal Public Defender Timothy C. Ivey, appeared before Magistrate Judge Limbert for a violation hearing. The Defendant admitted to the violations as charged in the report dated November 19, 2019. Magistrate Judge Limbert issued a Report and Recommendation, (ECF No. 59), to this court finding that the Defendant has violated the terms and conditions of his supervised release. The court has reviewed the Magistrate's Report and Recommendation and finds that it is well supported. Consequently, the court hereby adopts said recommendation as its own. Defendant was ordered detained by the Magistrate Judge pending a final revocation hearing before this

court.

The court held a sentencing hearing on January 31, 2020, during which Defendant also admitted the violations as charged in the November 19, 2020 violation report. As a result, the court finds that the Defendant has violated the terms of his supervised release.

The court, having considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record, hereby orders that the Defendant's supervised release is revoked and Defendant is committed to the custody of the Bureau of Prisons for a term of 6 months, with 18 months of supervised release to follow, with the same terms and conditions as previously ordered. The court recommends that Defendant be given credit for time served. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 4, 2020